(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>EL PASO DIVISION | FILED<br>Dec 8  2025<br>Clerk, U.S. District Court<br>Western District of Texas<br><br>BY: ___MG___<br>Deputy |

UNITED STATES OF AMERICA

vs.

**(1) FRANCISCO JOSE CALZADILLA-AYALA**
    Defendant.

CASE NUMBER: EP:25-M -06708(1)  **ATB**

## JUDGMENT IN A CRIMINAL CASE
Short Form

    The defendant, Francisco Jose CALZADILLA-Ayala, was represented by counsel, Arif Abrar.

    The defendant pled guilty to the complaint on December 8, 2025. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section / Nature of Offense | Date of Offense | Count |
|---|---|---|
| 50 USC 797<br>Prohibits Willful Violation of Defense Property Security Regulation | 12/05/2025 | One |
| 18 USC 1382<br>Entry of Military Property for Any Purpose Prohibited by Law | 12/05/2025 | Two |
| 8 USC 1325(a)(1)<br>Improper Entry by an Alien | 12/05/2025 | Three |

    As pronounced on December 8, 2025, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served + (1) one business day as to Counts One, Two, and Three, to run concurrently**. The defendant shall remain in custody pending service of sentence.

    The special assessments imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect these assessments are not likely to be effective.

    Signed on this the 8th day of December, 2025.

                                                         ANNE T. BERTON
                                                         UNITED STATES MAGISTRATE JUDGE